**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FREDERICK DEE BUNTIN,

Plaintiff,

v. Case No. 3:26-cv-3037-WWB-LLL

THE DISTRICT COURT,

Defendant.

---

# ORDER

Plaintiff Frederick Dee Buntin, an inmate of the Florida penal system, initiated this action by filing a pro se document titled "Formal Criminal Action." (Doc. 1). Citing 18 U.S.C. § 241, Plaintiff alleges that Court officials conspired to obstruct his access to the courts by not opening an earlier "criminal complaint" he sent against state employees. (*Id.* at 2–3). He asks the Court to issue arrest warrants. (*Id.* at 2).

"[A] private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another." *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973); *see also Otero v. U.S. Att'y Gen.*, 832 F.2d 141, 141 (11th Cir. 1987). Plaintiff therefore cannot initiate a federal criminal prosecution.

To pursue a civil claim, Plaintiff must file a proper complaint. He has not done so, nor has he provided all the information required by the court-approved civil rights complaint form. *See* M.D. Fla. R. 6.04(a) ("A pro se person in custody must use the standard form[.]"). Further, he has neither paid the filing fee nor moved to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914(a), 1915(a)(1). Therefore, this action will be dismissed without prejudice. Plaintiff may commence a new action by using the court-

approved civil rights complaint form. If he does so, he must either pay the $405.00 filing fee or move to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.
2. The Clerk is directed to send Plaintiff a copy of the Court's standard civil rights complaint form.
3. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on November 19, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

JaxP-13

c:
Frederick Dee Buntin